JUANITA GELLY, Plaintiff, v. ANNA KALAMON et al., Appellants, and THOMAS J. HALLINAN, Defendant-Respondent, et al., Defendants.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of CITY. OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Circumferential Parkway, Borough of Brooklyn. BARTHOLDI TURECAMO et al., Appellants.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of JANE G. CRIDLAND, Appellant, against CITY OF BEACON, Respondent.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against M. P. H., INC., Owner and Operator of Madison Park Hospital, Appellant.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Petitioner, against GEORGE B. WHEELER, INC., Respondent. In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against GEORGE B. WHEELER, INC., et al., Appellants.— Present — Carswell, Johnston, Adel and Taylor, JJ.; Lewis, J., not voting.

In the Matter of the Liquidation of WESTCHESTER TRUST COMPANY. CAROLINE C. CARR, as Substituted Trustee of WILLIAM GERNHARDT, Deceased, Appellant; WILLIAM R. WHITE, Superintendent of Banks of the State of New York, Respondent.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

BELLA LUSKIN, Respondent, v. PROGRESS LUMBER CO., INC., Appellant.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

BILLY NICHOLS, Individually and as Executrix of the Will of AARON S. NICHOLS, Deceased, Appellant, v. RYAN SADWITH et al., Respondents, et al., Defendants.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MONSKY, Appellant.— The motion will be considered as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Hagarty.

C. PAULDING RHYNUS, Respondent, v. DORA H. SHAFFER et al., Defendants, and DAVID SCHAUBEN, Defendant-Appellant.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

BOYD H. WOOD COMPANY, Respondent, v. RAYMOND HORGAN, Appellant.— Present — Carswell, Johnston, Adel and Taylor, JJ.; Lewis, J., not voting.